**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

IRA JOHNSON,

    Plaintiff,

vs.                                                    Case No.:   3:10-cv-1111-J-34MCR

NATIONAL RAILROAD PASSENGER
CORPORATION, AMTRAK,

    Defendant.

_____

**NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05**

    In accordance with Local Rule 3.05, this action is designated as a Track  One  Case. Plaintiff is responsible for serving a copy of this notice and any attachments upon all other parties.  All parties must meet the requirements established in Local Rule 3.05 for cases designated on this track.

    The parties are invited to consider assumption of responsibility for this case by the assigned Magistrate Judge.   Attached to filing party's copy of this Notice for such purpose is a self-explanatory Consent form.   Note that the form is to be filed **ONLY** if agreed to and signed by all parties on a single form.

                                                                          **SHERYL L. LOESCH, CLERK**

                                                          **By**:  s/Jodi L. Wiles
                                                                Deputy Clerk

Date:    December 15, 2010

Copies to -
    counsel of record/ pro se parties if any
    (Plaintiff's copy shall have attached Form AO-85:
    "Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction")